

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

ROYAL OILFIELD, LLC,        §        No. 08-14-00305-CV

       Appellant.        §        Appeal from the

v.        §        County Court at Law

       §        of Reeves County, Texas

LEWIS D. MARCELLUS

       §        (TC# 4211C)

       Appellee.

§

# **O R D E R**

The Court GRANTS the County Clerk's request for an extension of time within which to file the Clerk's Record until **March 18, 2015.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE CLERK'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Dianne O. Florez, County Clerk, for Reeves County, Texas prepare the Clerk's Record, and forward the same to this Court on or before **March 18, 2015.**

IT IS SO ORDERED this 5th day of March, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.